Rodney McGOWAN, Respondent,

v.

James POUNDS, et al., Appellant.

No. WD 63293.

Missouri Court of Appeals,
Western District.

Dec. 28, 2004.

Rehearing Denied Feb. 1, 2005.

Daniel J. Pingelton, Columbia, MO, for appellant.

Daniel H. Miller, Columbia, MO, for respondent.

## ORDER

PER CURIAM.

James and Martina Pounds appeal from the judgment of the trial court, which denied their motion to vacate a default judgment entered against them in a property dispute. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).